ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED
OCT - 5 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

ANDRES CERVANTES

         Debtor

Chapter 13

Case No. 05-55195 CN

**NOTICE OF UNCLAIMED DIVIDEND**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497120 for an unclaimed dividend in the amount of $1.42. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 39     KAWEAH DALTA HEALTH CARE
                       400 W MENERAL KING AVE
                       VISALIA, CA 93291

Dated: September 20, 2011

*E Alexandra DeKatem for*
DEVIN DERHAM-BURK, TRUSTEE